DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLENSKY DENEVILLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1097

[April 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502023CF001239AXXXMB.

Daniel Eisinger, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***